Submitted on record and briefs April 23, reversed and remanded June 25, 1997

CHRISTOPHER A. CROSS,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(95-10-27580-M; CA A92426)

941 P2d 620

Christopher A. Cross filed the brief *pro se*.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Christine Chute, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded. *Meadows v. Schiedler,* 143 Or App 213, 924 P2d 314 (1996).